**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.  CASE NO: 6:20-mj-1426

JOHN WESLEY MOBLEY, JR.

_____

### FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in Complaint have been committed and that the defendant committed them. It is therefore,

**ORDERED** that **John Wesley Mobley, Jr.** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on June 4, 2020.

*[signature]*
THOMAS B. SMITH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
Federal Public Defender