UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

UNITED STATES OF AMERICA

vs.  Case No. 6:20-mj-1426

JOHN WESLEY MOBLEY, JR.

## EXHIBIT LIST

__X__ Government  _____ Plaintiff  _____ Defendant  _____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 6/4/2002 | 6/4/2020 | | No | Copy of Information filed in Alachua County Court |
| 2 | 6/4/2020 | 6/4/2020 | | No | Copy of incident report Orange Cnty Sheriff's Office |
| | | | | | |
| | | | | | |
| | | | | | |