**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                              **Case No: 6:20-mj-1426**

**JOHN WESLEY MOBLEY, JR.,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE AND**
**SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, John Wesley Mobley, Jr., in the above-styled cause.

The Clerk is requested to remove Karla M. Reyes as notice counsel, and enter the appearance of Michael S. Ryan, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 11th day of June 2020.

                                                      JAMES T. SKUTHAN
                                                      ACTING FEDERAL DEFENDER

                                                      */s/ Michael S. Ryan*
                                                      Michael S. Ryan
                                                      Assistant Federal Defender
                                                      Arizona Bar No. 0018139
                                                      201 S. Orange Avenue, Suite 300
                                                      Orlando, FL 32801
                                                      Telephone: 407-648-6338
                                                      Fax: 407-648-6095
                                                      E-Mail: Michael_Ryan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Sean Shecter, Assistant United States Attorney, this 11th day of June 2020.

*/s/ Michael S. Ryan*
Attorney for Defendant
