**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                         **Case No: 6:20-cr-98-Orl-41-EJK**

**JOHN WESLEY MOBLEY, JR.,**

    **Defendant.**
_____/

**WAIVER OF PRESENCE AT ARRAIGNMENT**

Due to issues surrounding Covid-19, Counsel would not able to obtained a signed waiver prior to the July 1, 2020 arraignment. On June 26, 2020 Counsel reviewed the indictment with Mr. Mobley over the telephone. Counsel explained the statutory maximum sentence, and the maximum term of supervised released. Counsel explained to Mr. Mobley his right to be present for the arraignment and his trial rights. Mr. Mobley agreed to waive his right to be present at the arraignment. Mr. Mobley pleads not guilty.

Respectfully submitted this 26th day of June 2020.

                                                     JAMES T. SKUTHAN
                                                     ACTING FEDERAL DEFENDER

                                                     */s/ Michael S. Ryan*
                                                     Michael S. Ryan
                                                     Assistant Federal Defender
                                                     Arizona Bar No. 0018139
                                                     201 S. Orange Avenue, Suite 300
                                                     Orlando, FL 32801
                                                     Telephone: 407-648-6338
                                                     Fax: 407-648-6095
                                                     E-Mail: Michael_Ryan@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Waiver* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Sean Shecter, Assistant United States Attorney, this 26th day of June 2020.

*/s/ Michael S. Ryan*
Attorney for Defendant
