UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-cr-98-Orl-41EJK

JOHN WESLEY MOBLEY, JR.

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Maria Chapa Lopez, United States Attorney

JOHN WESLEY MOBLEY, JR., defendant

Ebenezer Paikai, Deputy U.S. Marshal

Michael S. Ryan, Assistant Federal Defender

Sean P. Shecter, Assistant United States Attorney

U.S. Marshal Service, Investigative Agency

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: None

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Sean P. Shecter*
SEAN P. SHECTER
Assistant United States Attorney
USA No. 173
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: sean.shecter@usdoj.gov

**U.S. v. JOHN WESLEY MOBLEY, JR.   Case No. 6:20-cr-98-Orl-41EJK**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael S. Ryan
Assistant Federal Defender

*s/ Sean P. Shecter*
SEAN P. SHECTER
Assistant United States Attorney
USA No. 173
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:      sean.shecter@usdoj.gov