**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                            Case No: 6:20-cr-98-Orl-41EJK

**JOHN WESLEY MOBLEY, JR.,**

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, John Wesley Mobley, Jr., hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until November 30, 2020.

Respectfully submitted,

James T. Skuthan
Acting Federal Defender

Dated: 09/30/2020

John Wesley Mobley, Jr., Defendant

Dated: 09-08-20

Michael S. Ryan
Assistant Federal Defender
Arizona Bar No. 0018139
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: Michael_Ryan@fd.org