UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:20-CR-98-ORL-41EJK

JOHN WESLEY MOBLEY JR.

## NOTICE OF FILING

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, files the following documents: certified judgment of conviction from 2009, certified judgment and conviction from 2016, and transcript from 2016 Mirandized interview of the defendant.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: s/ Shawn P. Napier
Shawn P. Napier
Assistant United States Attorney
USA No. 132
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Shawn.Napier@usdoj.gov

U.S. v. JOHN MOBLEY JR.        CASE NO. 6:20-CR-98-ORL-41EJK

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Ryan, Counsel for Defendant

          *s/ Shawn P. Napier*
          Shawn P. Napier
          Assistant United States Attorney
          USA No. 132
          400 W. Washington St., Ste. 3100
          Orlando, Florida 32801
          Telephone:  (407) 648-7500
          Facsimile:   (407) 648-7643
          E-mail:       Shawn.Napier@usdoj.gov